**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| In Re: | ) | |
|---|---|---|
| **Alvin Monroe Dorsett** | ) | NOTICE TO CREDITORS |
| **Shirleen B Dorsett** | ) | AND |
| | ) | PROPOSED PLAN |
| SS#   xxx-xx-5966 | ) | |
| SS#   xxx-xx-8642 | ) | Case No. _____ |
| Debtor(s) | ) | |

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on __June 23, 2015__.

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS.  IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.   <u>Payments to the Trustee</u>:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of __60__ consecutive months by means of monthly payments of __$926.62__, for distribution to creditors after payment of costs of administration.

2.   <u>Payments made directly to creditors</u>:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | -NONE- | |

3.   <u>Disbursements by the Trustee</u>:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)   The following priority claims shall be paid in full by means of deferred payment:
   -NONE-

(B)   The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| GMAC | 2012 Chevrolet Cruz  Market Value= $10,035.00 | $0.00 |
| Springleaf Financial | 2002 Chevrolet Truck 2500hd  Market Value= $8,000.00 | $113.81 |
| Wells Fargo | 2090 Pisgah Covered Bridge Road Asheboro NC 27235  Market Value= $100,000.00 | $696.91 |
| Wells Fargo | 2006 Pontiac Torent  Market Value= $3,876.00 | $0.00 |

(C)   The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| -NONE- | | |

(D)   The following co-signed claims shall be paid in full by monthly payments:
   -NONE-

(E)   The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| Wells Fargo | 2090 Pisgah Covered Bridge Road Asheboro NC 27235 | $10.98 |

    (F) After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __0__ %.

4. Property to be surrendered: The following property will be returned to the secured creditor:

| Creditor | Collateral |
|---|---|
| -NONE- | |

(name of creditor and description of property)

5. The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| -NONE- | | |

6. Other proposed provisions are as follows:

Date: **June 23, 2015**

**/s/ Brett Smith Yauger**
**Brett Smith Yauger**
Attorney for the Debtor
Address: **107 Monroe St**
    **PO Box 39**
    **Carthage, NC 28327**
Telephone: **910-947-2280**
State Bar No. **22842**

Case 15-10694    Doc 2    Filed 06/23/15    Page 2 of 4

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: | ) |
|     **Alvin Monroe Dorsett** | )    **NOTICE TO CREDITORS** |
|     **Shirleen B Dorsett** | )    **AND** |
| | )    **PROPOSED PLAN** |
| SS#    **xxx-xx-5966** | ) |
| SS#    **xxx-xx-8642** | )    Case No. _____ |
| Debtor(s) | ) |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn
Clerk of Court
U.S. Bankruptcy Court
Middle District of North Carolina
P.O. Box 26100
Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler
Chapter 13 Trustee
Greensboro Division
Post Office Box 1720
Greensboro, NC 27402-1720**

**GMAC
PO Box 183593
Arlington, TX 76096**

**Mason Easy-Pay
PO Box 2808
Monroe, WI 53566**

**Novant Health Imaging Piedmont
PO Box 933559
Atlanta, GA 31193**

**Piedmont Triad Ambulance-rand
PO Box 534
High Point, NC 27261**

**Professional Recovery Associates/Randota
2090 Pisgah Covered breidge Rd
Asheboro, NC 27205**

**Professional REcovery Consultants
PO Box0 51187
Durham, NC 27717**

**Springleaf Financial
2620 N Main Street
Ste 108
High Point, NC 27265**

**Wells Fargo
PO Box  10335
Des Moines, IA 50306**

**Wells Fargo
PO Box 14411
Des Moines, IA 50306**

Date: **June 23, 2015**                                    **/s/ Brett Smith Yauger**
                                                           **Brett Smith Yauger**