

SO ORDERED.

SIGNED this 14th day of September, 2015.

_____
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-7a
(Rev. 05/15)

```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
```

| | |
|---|---|
| In Re: ) | **ORDER CONFIRMING PLAN** |
| ) | **CHAPTER 13** |
| ) | |
| Dorsett, Alvin Monroe    xxx-xx-5966 ) | Case No. 15-10694 C-13G |
| Dorsett, Shirleen B.    xxx-xx-8642 ) | |
| 2090 Pisgah Covered Bridge Road ) | |
| Asheboro, NC 27205 ) | |
| ) | |
| ) | |
| Debtors. ) | |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**   The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**  The attorney for the Debtors is Brett Smith Yauger;

**III.** Under the final plan (the "Plan") as proposed:

    **A.** **Plan Payments**

        1. The Debtors are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2. The monthly plan payment to the Trustee is $927.00 beginning July 23, 2015, increasing to $1,455.00 effective August 2015;

    **B.** **Administrative Costs**

        1. **Attorney Fees.** The Attorney for the Debtors is allowed the base fee of $3,700.00. The Attorney has received $500.00 from the Debtors pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C. **Secured Claims**

1. **Long-term Debts – To be paid by Trustee.**

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE, INC. 2090 Pisgah Covered Bridge Road Asheboro, NC | N | $626.73 w/escrow for tax & ins. | 10/2015 | 9/2015 | $2,506.92 | $20.00 inc. to all funds 10/2017 |
| WELLS FARGO HOME MORTGAGE, INC. 2090 Pisgah Covered Bridge Road Asheboro, NC | N | $186.00 | 10/2015 | 9/2015 | $745.32 | $10.00 inc. to all funds 10/2017 |

2. **Secured Claims To Be Paid In Full – Personal Property**

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. (2012 Chevrolet: 4/12/14) | Y | $14,822.94 | $285.00 | 5.25% | |
| WELLS FARGO BANK NA (2006 Pontiac: 7/9/14) | Y | $7,029.79 | $130.00 | 5.25% | |
| W.S. BADCOCK CORP. (personal property) | Y | $1,668.58 | $32.00 | 5.25% | |

3. **Property To Be Released.**

*Upon timely filing of a claim documenting a non-preferential perfected lien the following property is released for liquidation and the creditor is allowed 180 days (for real property) and 120 days (for personal property) from the date of entry of this Order to file a documented deficiency claim after liquidating the property. The automatic stay and co-debtor stay, if applicable, are lifted as to the property released. The requirements of Rule 3002.1 are terminated.*

| Creditor | Property to be Released | Claim filed (Y/N) |
|---|---|---|
| SPRINGLEAF FINANCIAL SERVICES | 2002 Chevrolet | Y |

D. **General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 0%.

- 3 -

**E.** The Debtors will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

**F.** The terms and provisions of the Amended Standing Order dated May 28, 2015, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**G.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

<pre>
                     PARTIES TO BE SERVED
                        PAGE 1 OF 1
                      15-10694 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720
</pre>